IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG ALEXANDER, | : | |
| Petitioner, | : | 1:15-cv-0057 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN DAVID EBBERT, | : | |
| Respondent. | : | |

## ORDER

June 30, 2015

**NOW, THEREFORE,** in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. Petitioner's motion (Doc. 10) for default is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge